ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
　　　Social Security Administration
　　　160 Spear St., Suite 800
　　　San Francisco, CA  94105
　　　Telephone: (415) 977-8921
　　　Facsimile: (415) 744-0134
　　　Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLIE GAMBOA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 2:13-CV-05528-ODW-AJW<br><br>**JUDGMENT OF REMAND** |

　　　The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

May 20, 2014

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE